IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHARLIE BUTLER, JR.,

    Plaintiff,

v.           4:12cv405-WS

KENNETH S. TUCKER and
DANIEL BANNISTER,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 14) docketed December 21, 2012. The magistrate judge recommends that the plaintiff's case be dismissed for failure to state a claim upon which relief may be granted. Although the plaintiff asked for and was granted an extension of time to file objections, the plaintiff has filed no objections to the report and recommendation.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 14) is hereby ADOPTED and incorporated by reference in this order.

2. The plaintiff's complaint, and this action, are hereby DISMISSED for failure to state a claim under Heck and Balisok.

3. The clerk shall enter judgment stating: "All claims are DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)."

4. The clerk shall note on the docket that the case was dismissed pursuant to 28 U.S.C. § 1915(e)(2).

DONE AND ORDERED this ___11th___ day of ___February___, 2013.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE